EXHIBIT

4

## TREASURER'S AFFIDAVIT

| STATE OF OKLAHOMA | ) | |
|---|---|---|
| | ) | SS: |
| COUNTY OF CHOCTAW | ) | |

I, Shelly Wilson, being of lawful age and being first duly sworn upon oath, state that:

1. I am the Treasurer for Independent School District No. 39 of Choctaw County, Oklahoma, a/k/a the Hugo School District (the "District").

2. In that capacity, I have custody of the records from which the information that is contained within this affidavit was taken. Such records were made and maintained in the ordinary course of business of the District.

3. The financial condition of the District during the 2025-2026 fiscal year, as of July 1, 2025, is as follows:

2025-2026 fiscal year

Bonded indebtedness to date for the 2025-2026 fiscal year:                          $ 3,166,712.50

Bonds, coupons and commissions paid to date during the
2025-2026 fiscal year:                          $ 278,143.75

Legal indebtedness, exclusive of (a) bonded
Indebtedness to date, for 2025-2026 fiscal year
and (b) the indebtedness proposed to be converted
into a judgment in the captioned lawsuit:                          $ 0

4. The District's budget (appropriations and estimated revenue) for the 2025-2026 fiscal year is:

General Fund:                          $ 13,942,708.00

Building Fund:                          $ 2,458,596.00

TOTAL:                          $ 16,401,304.00

5. Total warrants issued against such estimated income during the 2025-2026 fiscal year: (to date)

General Fund:                          $ 6,357,076.70

Building Fund:                          $ 468,785.69

TOTAL:                          $ 6,825,862.39

1

6.  The income and revenue for the 2025-2026 fiscal year,
    consisting of taxes and actual collection of "estimated income":          $ 7,589,385.74

7.  Total warrants in excess of the total income and revenue
    of the 2025-2026 fiscal year:                                             $      0

8.  The indebtedness proposed to be converted into a judgment
    in the captioned lawsuit:                                                 $ 1,500,000.00

To the best of my knowledge, the indebtedness proposed to be converted into a judgment in the captioned lawsuit is not of questionable legality.

9.  The condition of each fund from which the indebtedness is or was payable:

General Fund balances

- as of  1/31/2026:                                                          $   352,552.23

Building Fund balances

- as of  1/31/2026 :                                                         $ 1,932,914.83

Sinking Fund balances

- as of  1/31/2026 :                                                         $   137,786.48

**Further, Affiant Sayeth Not.**

_____
Treasurer of Independent School District
No. 39 of Choctaw County, Oklahoma

2

SUBSCRIBED AND SWORN TO before me this _9th_ day of February, 2026.

[SEAL]

_Dana Rabon_
Notary Public

My Commission Number is: _05002657_ .

My Commission Expires: _3/15/29_ .

3