# EXHIBIT 5

# FILED UNDER SEAL

# Motion to File Under Seal Pending at Dkt. #11