**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

(1) JOHN DOE 1, a minor, by and through his
    parent and next friend, JANE DOE 1;　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
(2) JOHN DOE 2, a minor, by and through his　§
    parent and next friend, JANE DOE 2; and　§
　　　　　　　　　　　　　　　　　　　　　§
(3) JOHN DOE 3, a minor, by and through his　§
    parent and next friend, JANE DOE 3;　　§
　　　　　　　　　　　　　　　　　　　　　§
(4) JOHN DOE 4, a minor, by and through his　§
    parent and next friend, JANE DOE 4;　　§
　　　　　　　　　　　　　　　　　　　　　§
(5) JOHN DOE 5, a minor, by and through his　§
    parent and next friend, JANE DOE 5;　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　*Plaintiffs*,　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　　　　　　　§　　Case No. CIV-25-403-JAR
　　　　　　　　　　　　　　　　　　　　　§
(1) INDEPENDENT SCHOOL DISTRICT NO. 39　§
    OF CHOCTAW COUNTY, OKLAHOMA;　§
    a/k/a HUGO PUBLIC SCHOOLS or　　　§
    HUGO PUBLIC SCHOOL DISTRICT; and　§
　　　　　　　　　　　　　　　　　　　　　§
(2) YOLANDA DUNBAR;　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　*Defendants*.　　　　　　　　§

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT**
**YOLANDA DUNBAR**

Plaintiffs John Does 1-5, minor children, proceeding by and through their parents and next friends, (collectively, the "Plaintiffs"), Defendant, Independent School District No. 39 of Choctaw County, Oklahoma, commonly known as Hugo Public Schools (the "Hugo School District"), by and through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of all claims asserted by Plaintiffs against Defendant Yolanda Dunbar.

1

DATED this 24th day of July, 2026.

/s/ Cameron Spradling
*(Filing Attorney)*
Cameron Spradling, OBA No. 8509
Katelyn Elrod, OBA No. 35596
**CAMERON SPRADLING, PLLC**
500 North Walker Avenue, Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 605-0610
Facsimile: (405) 605-0615
*cameron@cameronspradling.com*
*katelyn@cameronspradling.com*

-and-

Bradley E. Beckworth, OBA No. 19982
Ross Leonoudakis, OBA No. 34570
Nathan B. Hall, OBA No. 32790
**NIX PATTERSON, LLP**
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
*Bbeckworth@nixlaw.com*
*Rossl@nixlaw.com*
*Nhall@nixlaw.com*

**Attorneys for Plaintiffs**

 /s/ Mark S. Rains
*(Signed by Filing Attorney with*
*permission of Attorney)*
Mark S. Rains, OBA No. 10935
John E. Priddy, OBA No. 13604
**ROSENSTEIN, FIST & RINGOLD**
525 South Main, Suite 700
Tulsa, Oklahoma 74103
Telephone: (918) 585-9211
Facsimile: (918) 583-5617
*mrains@rfrlaw.com*
*jpriddy@rfrlaw.com*

**Attorneys for Defendant**
**Hugo Public Schools**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all parties that have filed an Entry of Appearance in this matter.

/s/ Cameron Spradling
Cameron Spradling